IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| FREDERICK MAURICE ASHMORE, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> JAY JONES, et al., ) <br> ) <br> Respondents. ) | CASE NO. 3:21-CV-845-WHA-KFP <br> (WO) |

## **ORDER**

On February 17, 2022, the Magistrate Judge filed a Recommendation (Doc. 3) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. 3) is ADOPTED.

2. This case is DISMISSED without prejudice for Petitioner's failure to comply with the Court's Orders.

A final judgment will be entered separately.

DONE this 23rd day of March, 2022.

      /s/  W. Harold Albritton
    SENIOR UNITED STATES DISTRICT JUDGE